IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL DIAZ,

    Petitioner,                No. CIV S-08-0905 GEB GGH P

    vs.

WARDEN D.K. SISTO, et al.,

    Respondents.             <u>ORDER</u>

                            /

          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that prison officials improperly confiscated money belonging to petitioner. Petitioner does not challenge the validity of his conviction or sentence. Nor does petitioner challenge a conviction for a prison disciplinary. Rather, petitioner challenges a condition of confinement. Accordingly, the court construes this as a civil rights action brought pursuant to 42 U.S.C. § 1983. The petition is dismissed with leave to file a civil rights complaint.

          Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;
3  the petition is dismissed with thirty days to file a civil rights complaint;

4  2. Petitioner shall submit, within thirty days from the date of this order, an
5  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
6  of Court, or the appropriate filing fee; petitioner's failure to comply with this order will result in
7  the dismissal of this action; and

8  3. The Clerk of the Court is directed to send petitioner an Application to Proceed
9  In Forma Pauperis By a Prisoner and the form for a civil rights complaint.

10  DATED: 05/28/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

14  diaz905.ord