# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANGEL A. DIAZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>WARDEN D.K. SISTO,<br><br>                    Defendant. | Civil No.    08-1057 H (WMc)<br><br>**ORDER DISMISSING ACTION** |

## I.

### PROCEDURAL HISTORY

On April 29, 2008, Plaintiff, a former state inmate and proceeding pro se, filed a civil action. The Court reviewed Plaintiff's action which was filed on a form "petition for writ of habeas corpus." The Court determined that Plaintiff was not challenging the validity of his conviction or sentence and thus, construed this action as a civil rights action brought pursuant to 42 U.S.C. § 1983. *See* May 28, 2008 Order at 1. Accordingly, the Court dismissed Plaintiff's "petition" and ordered Plaintiff to file a civil rights complaint, along with a motion to proceed *in forma pauperis* within thirty (30) days. *Id.* at 2. Plaintiff filed his Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) on June 25, 2008, along with a civil

rights Complaint [Doc. Nos. 6, 7].  The Court granted Plaintiff's Motion to Proceed *IFP* on August 1, 2008 [Doc. No. 10].

On November 25, 2008, this matter was reassigned to District Judge Marilyn L. Huff for all further proceedings [Doc. No. 13].  The Court sua sponte dismissed Plaintiff's Complaint on January 23, 2009 without prejudice for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) & § 1915A(b).  *See* Jan. 23, 2009 Order at 3-4.  Plaintiff was granted forty five (45) days leave to file a First Amended Complaint.  *Id.* That time has passed and Plaintiff has not filed an Amended Complaint.

## II.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **DISMISSED** without prejudice for all the reasons stated in the Court's previous Order and for failing to comply with the Court's January 23, 2009 Order.  The Clerk shall enter judgment accordingly and close the file.

DATED: March 27, 2009

_____
**HON. MARILYN L. HUFF
United States District Judge**